Burch & Woodruff, of Decatur, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for delivering intoxicating liquor; punishment, one year in the penitentiary. The record is here without statement of facts or bills of exception. There are some exceptions to the charge of the court, whose weight and pertinence cannot be appraised in the absence of statement of facts. The indictment, the charge of the court, the verdict, and judgment are in regular form.

No error appearing, the judgment will be affirmed.

## Porfirio LOPEZ v. STATE. (No. 12373.)

Court of Criminal Appeals of Texas. Feb. 27, 1929.

W. H. Tolbert, of Fort Worth, for appellant.

R. G. Storey, Asst. Atty. Gen., and A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for possessing intoxicating liquor for purposes of sale; punishment, one year in the penitentiary.

The record is here without bills of exception. The evidence appears sufficient to support the verdict and judgment. Appellant was found in possession of three gallons of whisky. He was drunk at the time. The only defense offered was his own testimony, in which he said he had the liquor for personal use, and not for sale. This was for the jury, and we are not prepared to say that they were not justified in declining to accept his testimony, and in returning a verdict of guilty.

The judgment will be affirmed.

## John PARR v. STATE. (No. 12386.)

Court of Criminal Appeals of Texas. March 6, 1929.

## Jess ANDREWS v. STATE. (No. 12452.)

Court of Criminal Appeals of Texas. March 6, 1929.

Lockhart & Garrard and F. D. Brown, all of Lubbock, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. Driving an automobile while intoxicated is the offense; punishment fixed at confinement in the county jail for a period of 60 days.

Upon the written request of the appellant, verified by his affidavit, the appeal is dismissed.